HARDESTY, APPELLEE, *v.* ALCANTARA, APPELLANT.

**2016-Ohio-8468.]**

(No. 2015–2038—Submitted December 20, 2016—Decided December 30, 2016.)

{¶ 1} This cause is dismissed as having been improvidently accepted.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, FRENCH, and O'NEILL, JJ., concur.

LANZINGER, J., dissents and would order the cause to be briefed and argued for decision.

KENNEDY, J., dissents.

L. Christopher Frey, Euclid Director of Law, and Patrick J. Gallagher, Assistant Director of Law; and Mazanec, Raskin & Ryder Co., L.P.A., Frank H. Scialdone, and James A. Climer, for appellant.

Friedman, Domiano & Smith Co., L.P.A., and Jeffrey H. Friedman; and Friedman & Gilbert and Terry H. Gilbert, for appellee.